# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Mahendra Hayes,
    Petitioner,

      v.

                                      **CASE NUMBER: 01-1751 (HL)**

United States of America,
    Respondent.

| JUDGMENT |
| --- |
| Judgment is hereby entered dismissing the above captioned action without prejudice |

Date 8/c\1)

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**

